THE PEOPLE OF THE STATE OF NEW YORK ex rel. 795 EIGHTH AVENUE CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [795 Eighth Ave., 305-311 W. 48th St., Borough of Manhattan.] — Giving due weight to all the testimony, and to the value fixed for the remainder of the property, we deem the order should be modified by fixing the assessed values of tax lot No. 26 at $17,500, and of tax lot No. 128 at $21,200 in each tax year involved. As so modified,

the order, so far as appealed from, is unanimously affirmed, with $20 costs and disbursements to the relator-appellant. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.